# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                  PLAINTIFF

v.                  NO. 4:16CR00021-003 SWW

TERRELL CORTEZ BOWENS                             DEFENDANT

## ORDER AMENDING JUDGMENT

It has come to the Court's attention that, due to a clerical error, the Judgment & Commitment as to the above-named defendant should be amended to reflect that the sentence imposed should run **concurrently** to the undischarged term of imprisonment in Pulaski County Circuit Court docket number CR 15-3722.

IT IS THEREFORE ORDERED that the Judgment and Commitment (doc #136) be amended to reflect the sentence as follows:

**TEN (10) MONTHS on Count 2; EIGHTY-FOUR (84) MONTHS on Count 3 to be served consecutively with Count 2.** *This sentence is to run concurrently to the undischarged term of imprisonment in Pulaski County Circuit Court docket number CR 15-3722*.

All other terms and conditions of defendant's Judgment and Commitment shall remain unchanged and in full force and effect.

DATED this 23rd day of June 2017.

                                             /s/Susan Webber Wright
                                             United States District Judge